UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
04 FEB 24 PM 4:13

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN RE:  SEALED PROCEEDINGS     :
                               :
Request from Switzerland       :
Pursuant to the Treaty         :
Between the United States of   : Case No.: 8:04-MC-16-T23 MSS
America and the Swiss          :
Confederation of Mutual        :
Assistance in Criminal Matters :
                               :

## GOVERNMENT'S MOTION TO SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Court to seal the United States of America's *Ex Parte* Application for Order Appointing Commissioner Pursuant to the Treaty on Mutual Assistance in Criminal Matters and Title 28, United States Code, Section 1782.

The government respectfully requests that said Application, Memorandum of Law, and proposed Order be sealed to protect the integrity of the investigation and prevent disclosure to the Swiss nationals and co-conspirators, who may transfer, remove, or conceal proceeds of the crime.

WHEREFORE, for the above reasons, the United States of America respectfully requests that the United States of America's *Ex Parte* Application for Order Appointing Commissioner Pursuant to the Treaty on Mutual Assistance in Criminal Matters and Title 28, United States Code, Section 1782, Memorandum of Law and proposed Order

be sealed until such time as the United States requests the unsealing of such documents.

                Respectfully submitted,

                PAUL I. PEREZ
                United States Attorney

By: _____
                BRYANT R. CAMARENO
                Assistant United States Attorney
                Florida Bar Number 48283
                United States Attorney's Office
                400 North Tampa St., Suite 3200
                Tampa, Florida 33602
                Telephone:  813-274-6356
                Facsimile:   813-274-6220