UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
04 FEB 24 PH 4:15
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN RE:  Request from Switzerland
Pursuant to the Treaty
Between the United States of
America and the Swiss
Confederation of Mutual
Assistance in Criminal Matters
in the Matter of PATRICE BONDAZ.

Case No.: 8:04-MC- 16-T23 mss

UNDER SEAL

## UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION FOR ORDER APPOINTING COMMISSIONER PURSUANT TO THE TREATY ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND TITLE 28, UNITED STATES CODE, SECTION 1782

The United States petitions this Court for an Order, pursuant to Articles 9 and 10(1) of the Treaty between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters (27 U.S.T. 2019), 28 U.S.C. §1782, and its own inherent authority, appointing Assistant United States Attorney Bryant R. Camareno as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from Switzerland made pursuant to the Treaty.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: _____
BRYANT R. CAMARENO
Assistant United States Attorney
Florida Bar No. 48283
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:  (813) 274-6356
Facsimile:   (813) 274-6220