UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
04 MAR -2 PM 4:31

IN RE: SEALED PROCEEDINGS

Request from Switzerland
Pursuant to the Treaty
Between the United States of : Case No.: 8:04-MC-/6-T-23 mSS
America and the Swiss
Confederation of Mutual
Assistance in Criminal Matters

## ORDER TO SEAL

THIS CAUSE comes before the Court upon the filing of the United States of America's *Ex Parte* Application for Order Appointing Commissioner Pursuant to the Treaty on Mutual Assistance in Criminal Matters and Title 28, United States Code, Section 1782. For good cause shown, the United States' Motion is GRANTED.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the United States of America's *Ex Parte* Application for Order Appointing Commissioner Pursuant to the Treaty on Mutual Assistance in Criminal Matters and Title 28, United States Code, Section 1782 be **SEALED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2ND day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE



F I L E   C O P Y

Date Printed: 03/03/2004

Notice sent to:

       ___   Bryant R. Camareno, Esq.
            U.S. Attorney's Office
            Middle District of Florida
            400 N. Tampa St., Suite 3200
            Tampa, FL   33602

            8:04-mc-00016     seal