UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

04 APR 20 AM 10: 45

| | | |
|---|---|---|
| IN RE: | Request from Switzerland Pursuant to the Treaty Between the United States of America and the Swiss Confederation of Mutual Assistance in Criminal Matters in the Matter of PATRICE BONDAZ. | : <br> : <br> : <br> : Case No.: 8:04-MC-16-T-23MSS <br> : <br> : **UNDER SEAL** <br> : <br> : |

## *EX PARTE* APPLICATION FOR ORDER APPOINTING NEW COMMISSIONER

The United States petitions this Court for an Order, pursuant to the Treaty between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters (27 U.S.T. 2019), Title 28, United States Code, Section 1782, and its own inherent authority, relieving AUSA Bryant R. Camareno as Commissioner and appointing Assistant United States Attorney Anita Cream, Chief, Asset Forfeiture Section, as Commissioner to continue the collection of evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the request for assistance made by Josiane STICKEL-CICUREL, Deputy Examining Magistrate in Canton Geneva, Switzerland.

The United States makes this request, because Mr. Camareno has left the U.S.



Attorney's Office, and it is now necessary to request the appointment of AUSA Anita Cream to serve in this capacity.

                                            Respectfully submitted,

                                            PAUL I. PEREZ
                                            UNITED STATES ATTORNEY

By:          /s/ Anita Cream
               ANITA CREAM
               Assistant United States Attorney
               Florida Bar No. 56359
               400 North Tampa Street, Suite 3200
               Tampa, Florida 33602
               (813) 274-6301 - telephone
               (813) 274-6220 - facsimile