UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
04 MAY 3 PM 6:48

IN RE: Request from Switzerland
Pursuant to the Treaty
Between the United States of
America and the Swiss : Case No.: 8:04-MC-16-T-23MSS
Confederation of Mutual
Assistance in Criminal Matters : **UNDER SEAL**
in the Matter of PATRICE BONDAZ.

## ORDER

Upon application of the United States, and the Court having fully considered this matter,

IT IS HEREBY **ORDERED**, pursuant to the authority conferred by the <u>Treaty between the United States of America and the Swiss Confederation of Mutal on Mutual Assistance in Criminal Matters</u> (signed and dated January 28, 1988), as well as 28 U.S.C. § 1782 and this court's inherent authority, that BRYANT R. CAMARENO is hereby relieved of his duties as Commissioner of this Court in this Case with our thanks, and ANITA CREAM is appointed in his place as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1.  take such steps as are necessary, including issuance of commissioner's subpoenas, to collect the evidence requested;

2.  provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which Italy has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Italian Central Authority under the Treaty;

4. seek such further orders of this Court as may be necessary to execute this request; and

5. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Switzerland.

IT IS FURTHER **ORDERED** that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Switzerland.

Dated: April May 1st, 2004

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

F I L E   C O P Y

Date Printed: 05/04/2004

Notice sent to:

  ___  Bryant R. Camareno, Esq.
       U.S. Attorney's Office
       Middle District of Florida
       400 N. Tampa St., Suite 3200
       Tampa, FL  33602

       8:04-mc-00016    jlh

  ___  Anita Cream, Esq.
       U.S. Attorney's Office
       Middle District of Florida
       400 N. Tampa St., Suite 3200
       Tampa, FL  33602

       8:04-mc-00016    jlh