UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: Request from Switzerland Pursuant to the Treaty Between the United States of America and the Swiss Confederation of Mutual Assistance in Criminal Matters in the Matter of PATRICE BONDAZ. | : <br> : <br> : <br> : Case No.: 8:04-MC-16-T-23MSS <br> : <br> : **UNDER SEAL** <br> : <br> : |

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Court to unseal the United States of America's *Ex Parte* Application for Order Appointing Commissioner Pursuant to the Treaty on Mutual Assistance in Criminal Matters and Title 28, United States Code, Section 1782 and all subsequent pleadings.

The United States has determined that there is no need to maintain secrecy regarding these documents.

WHEREFORE, for the above reasons, the United States of America respectfully requests that the United States of America's *Ex Parte* Application for Order Appointing Commissioner Pursuant to the Treaty on Mutual Assistance in Criminal Matters and



Title 28, United States Code, Section 1782 and all subsequent pleadings filed in the instant case be unsealed.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: _____ 6/15/04
ANITA CREAM
Assistant United States Attorney
Florida Bar No. 56359
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6301 - telephone
(813) 274-6220 - facsimile

**Government's Motion to Unseal - Page Two**