UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: Request from Switzerland
Pursuant to the Treaty
Between the United States of
America and the Swiss                : Case No.: 8:04-MC-16-T-23MSS
Confederation of Mutual
Assistance in Criminal Matters
in the Matter of PATRICE BONDAZ.

## ORDER TO UNSEAL

THIS CAUSE comes before the court upon the Government's Motion to Unseal. For good cause shown, the United States' Motion is GRANTED.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the United States of America's *Ex Parte* Application for Order Appointing Commissioner Pursuant to the Treaty on Mutual Assistance in Criminal Matters and Title 28, United States Code, Section 1782 and all subsequent pleadings filed in the instant case be **UNSEALED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of June, 2004.

UNITED STATES DISTRICT JUDGE

cc: Anita Cream, AUSA

F I L E   C O P Y

Date Printed: 06/28/2004

Notice sent to:

    Anita Cream, Esq.
    U.S. Attorney's Office
    Middle District of Florida
    400 N. Tampa St., Suite 3200
    Tampa, FL  33602

    8:04-mc-00016    ch